

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00159-CR

**WILBUR CASTILLO-GONGORA,**

                                 **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                 **Appellee**

_____

### From the County Court at Law No. 1
### Brazos County, Texas
### Trial Court No. 12-05371-CRM-CCL1

---

## MEMORANDUM OPINION

---

Appellant has filed a motion to withdraw (dismiss) his appeal. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in this appeal, and Appellant personally signed the motion. The motion is granted, and the appeal is dismissed.


REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Dismissed
Opinion delivered and filed August 21, 2014
Do not publish
[CR25]